UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| RALPH UMPHREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:13-CV-186 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| DR. LEONARD BROWN, ERLANGER CENTER | ) |
| SKYRIDGE HOSPITAL, FEMA, and FT. | ) |
| SANDERS HOSPITAL, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT ORDER

On June 5, 2013, *pro se* Plaintiff Ralph Umphrey ("Plaintiff") filed a complaint against Defendants Dr. Leonard Brown, Erlanger Center, Skyridge Hospital, FEMA, and Ft. Sanders Hospital (Court File No. 2) as well as a motion to proceed *in forma pauperis* ("IFP") (Court File No. 1). On November 14, 2013, Magistrate Judge William Carter filed a report and recommendation ("R&R") concluding Plaintiff had failed to state a claim on which relief could be granted (Court File No. 3).

Plaintiff's complaint brings claims against Dr. Brown for allegedly placing a "cyborg" device behind his eye during surgery and against the hospitals for placing other chips and devices in him. He also alleges FEMA tried to kill him for a period of years. Given Plaintiff's failure to allege any jurisdictional basis before this court other than the action against FEMA which contains insufficient factual allegations, the Magistrate Judge recommends the Court dismiss Plaintiff's complaint under 28 U.S.C. § 1915(e)(2).

Because Plaintiff did not raise an objection to the R&R during the fourteen day period provided under Rule 72 of the Federal Rules of Civil Procedure, the Court **ACCEPTS** and

**ADOPTS** the magistrate judge's report and recommendation (Court File No. 3) pursuant to 28 U.S.C. § 636(b)(1), **DENIES** Plaintiff's IFP motion (Court File No. 1), and **DIRECTS** the Clerk of Court to **CLOSE** the case.

    **SO ORDERED.**

    **ENTER:**

                                     **/s/**
                                     **CURTIS L. COLLIER**
                                     **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
    s/ Debra C. Poplin
    CLERK OF COURT